# UNITED STATES DISTRICT COURT
## District of Minnesota

Estefania Viviana Bunay-Inga

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00393-PJS-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must immediately return petitioner to Minnesota and release her from custody, subject to the conditions of her prior order of release on recognizance.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.
5. Petitioner's emergency motion for order to show cause [ECF No. 7] is DENIED WITHOUT PREJUDICE as moot.

Date: 1/26/2026

KATE M. FOGARTY, CLERK